UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARIO IGLESIAS; SANDRA TOLESANO,<br><br>Plaintiffs,<br>v.<br><br>MICHAEL TROY JOHNSON; PILOT TRAVEL CENTERS LLC, a foreign Limited Liability company; DOES I through XX, inclusive; and ROE BUSINESS ENTITIES I through XX, inclusive,<br><br>Defendants. | Case No. 2:17-cv-02931-MMD-VCF<br><br>ORDER |

Defendants seek to remove this case on the basis of diversity jurisdiction. (ECF No. 1 at 2.) District courts have original jurisdiction over civil actions between citizens of different states with an amount in controversy greater than $75,000. 28 U.S.C. § 1332(a). One of the parties in this action is a limited liability company ("LLC"). Although corporations are citizens of any state in which they are incorporated or have their principal place of business under 28 U.S.C. § 1332(c)(1), "an LLC is a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). As the party asserting diversity jurisdiction, Defendants bear the burden of proof. *Kanter v. Warner-Lambert Co.*, 265 F.3d 853, 857-58 (9th Cir. 2001). Defendants have not met their burden because Defendants have failed to identify any members of the LLC or describe whether those members are citizens of different states than the opposing party. It is therefore ordered that within ten (10) days of the date of this

Order, Defendants must supplement their petition for removal with a document that identifies the state citizenships of each member of the LLC.

DATED THIS 29th day of November 2017.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE