UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| MARIO IGLESIAS; SANDRA TOLESANO,<br><br>Plaintiffs,<br><br>vs.<br><br>MICHAEL TROY JOHNSON; PILOT TRAVEL CENTERS, LLC, a Foreign Limited Liability Company; DOES I through XX, inclusive; and ROE BUSINESS ENTITIES I through XX, inclusive,<br><br>Defendants. | CASE NO. 2:17-cv-02931-MMD-VCF<br><br>**ORDER TO EXTEND TIME TO RESPOND TO MOTIONS IN LIMINE** |

Pursuant to LR 16-3 and the current scheduling order (Doc. 44) in this matter, Plaintiffs Mario Iglesias and Sandra Tolesano ("Plaintiffs") and Defendants Michael Troy Johnson and Pilot Travel Centers, LLC ("Defendants"), by and through their respective counsel of record, hereby respectfully submit their Stipulation and Order to Extend Time to Respond to Motions in Limine pursuant to Rules 6 (b) and 26 (f) of the Federal Rules of

Civil Procedure and Local Rules 6-1 and 26-4.

The parties request an Extension of Time to respond to Motions in Limine already filed by the parties since the trial date was continued to July 20, 2020. The parties request that the new deadline to respond to Motions in Limine be: May 22, 2020. Replies to the Responses will be due on June 3, 2020.

**SUBMITTED BY THE FOLLOWING COUNSEL OF RECORD:**

DATED this 18th day of February, 2020.   DATED this 18th day of February, 2020.

LADAH LAW FIRM   LEWIS BRISBOIS BISGAARD & SMITH LLP

By: *Carl Houston*   By: *Stephanie Garabedian*
CARL HOUSTON, ESQ.   STEPHANIE A. GARABEDIAN, ESQ.
LADAH LAW FIRM   6385 S. Rainbow Boulevard
517 S. Third Street   Suite 600
Las Vegas, NV 89101   Las Vegas, Nevada 89118
Tel: 702.252.0055   *Attorneys for Defendants MICHAEL*
*Attorneys for Plaintiffs*   *TROY JOHNSON and PILOT TRAVEL CENTERS, LLC*

**ORDER**

IT IS SO ORDERED.

Dated: February 18, 2020

_____
UNITED STATES JUDGE