UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARIO IGLESIAS; SANDRA TOLESANO,<br><br>Plaintiffs,<br><br>vs.<br><br>MICHAEL TROY JOHNSON; PILOT TRAVEL CENTERS, LLC, a Foreign Limited Liability Company; DOES I through XX, inclusive; and ROE BUSINESS ENTITIES I through XX, inclusive,<br><br>Defendants. | CASE NO. 2:17-cv-02931-MMD-VCF<br><br>ORDER TO DISMISS WITH PREJUDICE |

## STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED, by and between MARIO IGLESIAS and SANDRA TOLESANO ("Plaintiffs"); and MICHAEL TROY JOHNSON and PILOT TRAVEL CENTERS LLC ("Defendants"), by and through their respective attorneys of record, , as

follows:

1. That the case shall be dismissed with prejudice, with the Parties to bear their own individual costs and attorneys' fees.

2. That the **trial** in this matter shall be **VACATED**; and

3. That the Parties may obtain the return of their jury demand fees, if any, previously submitted to the Court.

4. That this stipulation resolves this matter in its entirety and this case should be CLOSED.

HEREBY STIPULATED TO BY THE FOLLOWING COUNSEL OF RECORD:

DATED this 6th day of May, 2020.           DATED this 6th day of May, 2020.

LADAH LAW FIRM                              LEWIS BRISBOIS BISGAARD & SMITH LLP

By:  /s/ Carl Houston                       By:  /s/ Steven Abbott

RAMZY PAUL LADAH, ESQ.                      DARRELL D. DENNIS, ESQ.
Nevada Bar No. 11405                        Nevada Bar No. 6618
CARL HOUSTON, ESQ.                          STEVEN B. ABBOTT, ESQ.
Nevada Bar No. 11161                        Nevad Bar No. 10303
517 S. Third Street                         6385 S. Rainbow Boulevard, Ste. 600
Las Vegas, NV 89101                         Las Vegas, Nevada 89118
*Attorneys for Plaintiffs*                  *Attorneys for Defendants Michael Troy Johnson And Pilot Travel Centers, Llc*

## ORDER FOR DIMSISSAL WITH PREJUDICE

Upon stipulation of the Parties by and through their respective counsel of record:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the case be dismissed, with prejudice, with the parties to bear their own individual costs and attorneys' fees; and it is further

ORDERED, ADJUDGED AND DECREED that the trial in this matter shall be VACATED; and it is further

ORDERED, ADJUDGED AND DECREED, that the Parties may obtain the return of their jury demand fees, if applicable, previously submitted to the Court.

ORDERED, ADJUDGED AND DECREED, That this stipulation resolves this matter in its entirety and this case should be CLOSED.

IT IS SO ORDERED

Dated this 1st day of June, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE